# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1215
_____

United States of America

*Plaintiff - Appellee*

v.

Kermit Clay

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: October 6, 2022
Filed: October 12, 2022
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kermit Clay received a 15-year supervised-release sentence after he violated the release conditions previously placed on him. He challenges the substantive reasonableness of the sentence.

We conclude that the sentence is substantively reasonable. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (reviewing the reasonableness of a revocation sentence for an abuse of discretion and stating that a within-Guidelines-range sentence is presumptively reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(c), (e)(3), (h), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006). We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.